# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-20175
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 17, 2015

Lyle W. Cayce
Clerk

FELICIA N. JONES,

Plaintiff-Appellant

v.

UNITED STATES POSTAL SERVICE,

Defendant-Appellee

Appeal from the United States  District Court
for the Southern District of Texas
USDC No. 4:15-MC-518

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

Proceeding pro se, Plaintiff-Appellant Felicia N. Jones appeals the February 20, 2015 Order of the district court denying her leave to file her proposed negligence complaint based on the Federal Employer's Liability Act and denying her application to proceed in district court without prepaying fees or costs.  She also appeals the district court's March 16, 2015 Order denying reconsideration of her Motion for Leave to File.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20175

We have reviewed the entire record on appeal, including Appellant's brief and the district court's rulings. Our review satisfies us that the district court's Orders should be affirmed and that, like her filings in district court, Appellant's appeal is wholly without merit and is therefore legally frivolous. Further, Appellant is warned that any future efforts to continue this litigation in the district court or in this court could result in sanctions.

AFFIRMED, with sanctions warning.